# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HARRY ASHBY,**

    **Plaintiff,**

**v.**                                                          **Case No.  8:07-cv-898-JSM**

**NATIONAL FREIGHT, INC.**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Motion to Seal Pursuant to Court Order the Parties' Confidential Settlement Agreement (Dkt. 53).  The Court, having reviewed the Motion and the Confidential Settlement Agreement and General Release (the "Settlement Agreement"), and being otherwise fully advised in the premises, determines the Motion to Seal should be granted.

The proposed Settlement Agreement contemplates payments by Defendant to Plaintiff for alleged unpaid overtime compensation, other damages, and attorneys' fees and costs.  Upon review and consideration, the Court will require additional records from Plaintiff's counsel in order to determine the reasonableness of said fees and costs.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Motion to Seal Pursuant to Court Order the Parties' Confidential Settlement Agreement is **GRANTED**.

2. Within eleven (11) days of the date hereof, Plaintiff's counsel shall file an affidavit and time records supporting the reasonableness of the attorneys' fees and costs sought in the Confidential Settlement Agreement and General Release.

**DONE** and **ORDERED** in Tampa, Florida on November 6, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-898.mt seal.frm