**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HARRY ASHBY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 8:07-cv-898-JSM**

**NATIONAL FREIGHT, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Affidavit for Reasonable Attorney's Fees and Costs filed by Plaintiff's counsel (Dkt. 56) in support of the parties' Joint Motion for Dismissal With Prejudice Upon Court Approval of Confidential Settlement Agreement (Dkt. 51). The Court, having reviewed the Joint Motion, the parties' Confidential Settlement Agreement and General Release and the Affidavit for Reasonable Attorney's Fees, and being otherwise fully advised in the premises, determines the Joint Motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The parties Joint Motion for Dismissal With Prejudice Upon Court Approval of Confidential Settlement Agreement (Dkt. 51) is **GRANTED.**

2. The Court **APPROVES** the Confidential Settlement Agreement and General Release in all respects.

3. This cause is **DISMISSED with prejudice**.

4. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-898.dismissal.frm